```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Jason T. Berry

    v.                                              Civil No. 17-cv-143-LM

Federal Bureau of Investigation et al

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 24, 2017.

    SO ORDERED.

                                                            Landya B. McCafferty
                                                            United States District Judge

Date: August 10, 2017

cc:   Jason T. Berry, pro se
       Robert Rabuck, Esq.